UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Veron Briggs Plaintiff(s) <br><br> vs. <br><br> James J. Hallenbeck Defendant(s) | Civil Case No.: 1:22-cv-1392 (MAD/CFH) <br><br> **CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983** |

Plaintiff(s) demand(s) a trial by: ☑ JURY  ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Veron Briggs
   Address: 865 3rd Ave 2nd Fl.
   Troy, NY 12182

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: James J. Hallenbeck
      Official Position: Police officer (full Capacity)
      Address: 51 State St
      Troy, NY 12180


U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 27 2022
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

b. Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

c. Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On 4/6/2022, I was falsely arrested by Police officer James J. Hallenbeck... Plaintiff was approach by office Hallenbeck on 125st and 2nd Ave plaintiff explained to officer Hallenbeck that two people tried to break into his resident... The officer Hallenbeck ignored plaintiff complaint and place plaintiff under arrest in volation plaintiff 4th and 8th Amendments of the United States Constitution.

5.                         CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Where defendent James J. Hallenbeck should have known that his illegal detention an arrest of plaintiff was a violation of plaintiff constitution right (4th and 8th Amendment) of the united States Constitution.

### SECOND CAUSE OF ACTION

Where as defendent James J. Hallenbeck be a Police officer should have known that actions taken by falsely arresting plaintiff subject plaintiff to pain/suffering as plaintiff informed arresting officer of his recovery from Stage 4 cancer.

### THIRD CAUSE OF ACTION

defendent James J. Hallenbeck failed to take proper action to plaintiff report of burgalry an instead defendent placed plaintiff under arrest in violation of plaintiff 4th and 8th Amendments of the united States Constitution.

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

defendent clearly failed to act within his scope of authority and cause plaintiff pain/suffering and violating plaintiff 4th and 8th Amendments, whereas plaintiff prays for the relief in the sum of $500,000

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/27/2022

_Veran Beryop_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010